# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN TRAINOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-473** |
| **BURL CAIN** | **SECTION "E"(3)** |

## **O R D E R**

The Court, having considered the petition, the record, the applicable law and the Second Supplemental Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections to the Magistrate Judge's Second Supplemental Report and Recommendation, hereby approves the Second Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Kevin Trainor is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of June, 2017.

_____
**UNITED STATES DISTRICT JUDGE**